IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL HUFFMAN, individually and on behalf of all class members,<br><br>    Plaintiff,<br><br>        v.<br><br>GRANITE SERVICES INTERNATIONAL, INC., and FIELDCORE SERVICE SOLUTIONS, LLC,<br><br>    Defendants. | No. 4:21-CV-01184<br><br>(Chief Judge Brann) |

## ORDER

**MARCH 17, 2022**

In accordance with the accompanying Memorandum Opinion, the Court is reserving judgment on Plaintiff Michael Huffman's Motion to Remand (Doc. 13) pending jurisdictional discovery, and **IT IS HEREBY ORDERED** that:

1. A case management conference will be conducted by the Court on March 30, 2022, at 2:30 p.m. The Court prefers to hold these conferences by telephone. Plaintiff's counsel shall initiate the conference call. The Court may be reached in chambers at 570-323-9772. At the time the call is placed, all counsel shall be on the line and prepared to proceed. It is the Court's preference that counsel do not participate in conference calls by cell phone.

2. The primary purpose of this conference will be to establish deadlines for jurisdictional discovery and supplemental briefing on the Motion to Remand.

3. Participation in this conference by counsel or by <u>pro se</u> litigants is <u>mandatory</u>. If counsel of record is unable to participate in the conference, the Court shall be notified with the name of the substitute counsel two business days in advance of the date of the conference at the telephone number set forth above.

4. Counsel representing non-governmental corporate entities are reminded to comply with FED. R. CIV. P. 7.1.

5. Finally, please be advised that the Court will take no action based upon correspondence. Counsel is respectfully reminded to adhere to the motion practice set forth in the Rules of the Court for the Middle District of Pennsylvania.

*Please see our website at http://www.pamd.uscourts.gov/ for general information and forms.

                                              BY THE COURT:

                                              <u>*s/ Matthew W. Brann*</u>
                                              Matthew W. Brann
                                              Chief United States District Judge